UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE S4L INC, et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-07631-SVK<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Re: Dkt. No. 32 |

On July 10, 2023, the Court issued an Order denying without prejudice Plaintiff's motion for default judgment and instructing Plaintiff to file proofs of service on Defendants by August 9, 2023.  *See* Dkt. 32.  Plaintiff subsequently filed three proofs of service (*see* Dkts. 33-35):

- A proof of service on Defendant The S4L, Inc., filed on August 4, 2023.
- A proof of service on Defendant Mohomed Algahim, filed on August 22, 2023.
- A proof of service on Defendant Mohammed Algahim, filed on October 5, 2023.

Plaintiff then moved for entry of default, which the Clerk of Court denied for failure to comply with the Court's July 10, 2023 Order.  *See* Dkts. 36-37.

Accordingly, the Court **ORDERS** Plaintiff to appear on **November 14, 2023 at 10:00 a.m.** and show cause, if any, why this action should not be dismissed for failure to comply with the Court's July 10, 2023 Order.  Plaintiff shall file a statement in response to this Order no later than **November 7, 2023**.

**SO ORDERED.**

Dated: October 31, 2023

SUSAN VAN KEULEN
United States Magistrate Judge