UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>THE S4L INC, et al.,<br><br>           Defendants. | Case No.  22-cv-07631-SVK<br><br>**ORDER TO SHOW CAUSE<br>RE FAILURE TO PROSECUTE** |

The Clerk of Court entered default against Defendants on February 6, 2024.  *See* Dkt. 49. More than one month has since passed, and Plaintiff has yet to file a motion for entry of default judgment or take any other action.  Accordingly, the Court **ORDERS** as follows:

- On **April 9, 2024 at 10:00 a.m.**, Plaintiff shall appear for a Zoom hearing and show cause, if any, why the Court should not dismiss this action for failure to prosecute.
- By **April 2, 2024**, Plaintiff shall file either (1) a response to this Order or (2) a motion for entry of default judgment.

**SO ORDERED.**

Dated: March 13, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge